HONORABLE RONALD B. LEIGHTON

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| JULIA REIN, et al., | CASE NO. C14-5125 RBL |
| Plaintiffs, | ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS |
| v. | |
| NORTHWEST MORTGAGE GROUP, INC, et al., | [DKT. # 32] |
| Defendants. | |

THIS MATTER is before the Court on Plaintiff Bryant's Motion for Leave to Proceed *in forma pauperis* [Dkt. #32].

A district court may permit indigent litigants to proceed *in forma pauperis* upon completion of a proper affidavit of indigency. *See* 28 U.S.C. § 1915(a). The court has broad discretion in resolving the application, but "the privilege of proceeding *in forma pauperis* in civil actions for damages should be sparingly granted." *Weller v. Dickson*, 314 F.2d 598, 600 (9th Cir. 1963), *cert. denied* 375 U.S. 845 (1963). Moreover, a court should "deny leave to proceed *in forma pauperis* at the outset if it appears from the face of the proposed complaint that the action is frivolous or without merit." *Tripati v. First Nat'l Bank & Trust*, 821 F.2d 1368, 1369 (9th Cir. 1987) (citations omitted); *see also* 28 U.S.C. § 1915(e)(2)(B)(i). An *in forma pauperis*

1  complaint is frivolous if "it ha[s] no arguable substance in law or fact." *Id.* (citing *Rizzo v.*
2  *Dawson*, 778 F.2d 527, 529 (9th Cir. 1985); *Franklin v. Murphy*, 745 F.2d 1221, 1228 (9th Cir.
3  1984).

4      This case was filed in state court by the plaintiffs, and removed to this court by the
5  defendants [Dkt. #1]. The primary benefit of IFP status is that the plaintiff does not have to pay
6  the filing fee. He also may obtain court assistance in serving his complaint.

7      In this case, the filing fee has already been paid, by the Defendants, and Bryant has
8  apparently already served them. Nevertheless, the Bryant appears to be indigent and the Motion
9  to Proceed IFP is GRANTED.

10     IT IS SO ORDERED.

11     Dated this 19th day of March, 2014.

13                                                   /s/ Ronald B. Leighton
14                                    RONALD B. LEIGHTON
                                   UNITED STATES DISTRICT JUDGE